No. 71–278. BODNAR *v.* BODNAR ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–280. SCHOOL DISTRICT OF THE CITY OF PONTIAC, INC., ET AL. *v.* DAVIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–281. BLACK ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–282. STONEHILL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–283. GORE ET AL. *v.* AMERICAN MOTORISTS INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–286. S. F. H., INC., FORMERLY SAM FORTAS HOUSEFURNISHING CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 71–5016. PLOTTS *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 8th Cir. Certiorari denied.

No. 71–5033. MORI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5068. YOUNGBLOOD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5082. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5091. TEAGUE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5092. EL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.